IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LEWIS PATTERSON**                                                                                  **PLAINTIFF**

**V.**                          **CIVIL ACTION NO. 3:19-CV-616- HTW-LGI**

**JOHN DOE, MDOC MEDICAL
AND DR. WILLIAM BRAZIER**                                       **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before this Court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson. Said document was filed on December 8, 2020 [**Docket no. 32**]. To date, Plaintiff has filed no objections to the Report and Recommendation of the United States Magistrate Judge. Based upon the evidence therein contained, this Court finds the Report and Recommendation well-taken; therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket no. 32]** is hereby **ADOPTED** as the order of this Court.

This Court, therefore, GRANTS Dr. William Brazier's *Motion for Summary Judgment Based on Plaintiff's Failure to Exhaust Remedies* [Docket no. 23].

Further, this Court hereby **DISMISSES** the Plaintiff's Complaint WITHOUT PREJUDICE. The parties are to bear their own costs.

**SO ORDERED AND ADJUDGED this the 4th day of March, 2021.**

                                                   **/s/HENRY T. WINGATE**
                                                   **UNITED STATES DISTRICT COURT JUDGE**